**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6332**

RYAN PILARTE-HARRIGAN,

              Petitioner - Appellant,

       v.

WARDEN OWENS; FEDERAL BUREAU OF PRISONS,

              Respondents – Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Henry M. Herlong, Jr., Senior District Judge.  (3:10-cv-00885-HMH)

Submitted:  May 26, 2011            Decided:  June 1, 2011

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ryan Pilarte-Harrigan, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Pilarte-Harrigan, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Pilarte-Harrigan v. Owens</u>, No. 3:10-cv-00885-HMH (D.S.C. Jan. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>